George B. Chapman, appellee, v. Fred Fuller et al., appellants. Gen. No. 29,874.

Action on contract for exchange of properties. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed October 6, 1925.

Danaher & Garriott, for appellants. Isadore S. Blumenthal and John Tone Kelly, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.